IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 09-1563 (JAG) |
| v. ) ) | COMPLAINT |
| KOPER FURNITURE, INC. ) ) | JURY TRIAL DEMAND |
| Defendant. ) ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of color and retaliation, and to provide appropriate relief to Jose L. Guadalupe Cruz who was adversely affected by such practices. As alleged with greater specificity below, the Equal Employment Opportunity Commission charges that Defendant Koper Furniture, Inc. discriminated against Guadalupe by subjecting him to harassment because of color and retaliating against him by terminating his employment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Puerto Rico.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Koper Furniture, Inc., has continuously been a Puerto Rico corporation doing business in Puerto Rico and has continuously had at least 15 employees.

5. At all relevant times, Defendant Koper Furniture, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jose L. Guadalupe Cruz filed a charge with the Commission alleging violations of Title VII by Defendant.

7. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least August of 2008, Defendant has engaged in unlawful employment practices at its location in San Juan, Puerto Rico, in violation of Section 703(a)(1) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a)(1) and §2000e-3(a) as follows:

   (a) Defendant subjected Guadalupe to a hostile work environment based on skin color.

   (b) Guadalupe was subjected to a hostile work environment based on color when Defendant's Store Manager subjected him to unwelcome and offensive harassment which included, but was not limited to, derogatory remarks about skin color such as inquiring why Guadalupe was "so black." The unlawful harassment culminated in Guadalupe's termination.

(c)   Guadalupe complained about the harassment but Defendant failed to take corrective action.

(d)   Guadalupe engaged in protected activity within the meaning of 42 U.S.C. § 2000e-3(a).

(e)   After Guadalupe engaged in protected activity, Defendant retaliated against him by terminating his employment.

9.   The effect of the practices complained of in paragraph 8 above has been to deprive Guadalupe of equal employment opportunities and otherwise adversely affect his status as an employee because of his color and because he engaged in protected activity.

10.   The unlawful employment practices complained of in paragraph 8 above were intentional.

11.   The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Guadalupe.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in employment practices that discriminate on the basis of color and from retaliating against employees.

B.   Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees regardless of color, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Guadalupe by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement and front pay.

D.  Order Defendant to make whole Guadalupe by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, in amounts to be determined at trial.

E.  Order Defendant to make whole Guadalupe by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including pain, suffering and humiliation, in amounts to be determined at trial.

F.  Order Defendant to pay Guadalupe punitive damages for its malicious and reckless conduct described in paragraph 8 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully Submitted,

JAMES L. LEE
Acting General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Equal Employment Opportunity
Commission
1801 L Street N.W.
Washington, D.C. 20507

NORA E. CURTIN
Regional Attorney

MARIA KATE BOEHRINGER
Supervisory Trial Attorney

_____
MARISOL ESTEVEZ
Trial Attorney
Government Attorney No. G00810
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
One Biscayne Tower
2 South Biscayne Blvd., Suite 2700
Miami, FL 33131
Tel.: (305) 808-1847
Fax: (305) 808-1835
Email: marisol.estevez@eeoc.gov

Dated: 6/22/09